JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JESSE JINES, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA CRYOBANK, LLC,<br><br>Defendant. | Case No.: 2:25-cv-02482-MWC-AGR |
| RHONDA ATTA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA CRYOBANK, LLC,<br><br>Defendant. | Case No.: 2:25-cv-02549-MWC-AGR |
| J.L., individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA CRYOBANK, LLC,<br><br>Defendant. | Case No.: 2:25-cv-02611-MWC-AGR |

**ORDER GRANTING IN SUBSTANTIAL PART PLAINTIFFS'
UNOPPOSED MOTION TO CONSOLIDATE ACTIONS AND APPOINT
INTERIM CO-LEAD COUNSEL (DKT. 18)**

1
2
3
4
5
6

Upon consideration of the unopposed motion to consolidate the Related Actions pursuant to Fed. R. Civ. P. 42(a) and to appoint John J. Nelson of Milberg Coleman Bryson Phillips Grossman, PLLC, Marc H. Edelson of Edelson Lechtzin LLP and Yana Hart of Clarkson Law Firm, P.C. as Interim Co-Lead Counsel pursuant to Fed. R. Civ. P. 23, having been apprised that Defendant does not oppose this motion, and good cause showing, IT IS HEREBY ORDERED as follows:

7
8
9

     1.    The above-captioned cases (the "Related Actions") are hereby **CONSOLIDATED** pursuant to Fed. R. Civ. P. 42(a) into the first filed case: No. 2:25-cv-02482-MWC-AGR (the "Consolidated Action").

10
11
12

     2.    Civil Action No. 2:25-cv-02482-MWC-AGR, shall be the "Lead Case" of the Consolidated Action. All documents filed in the Consolidated Action shall be filed under the Lead Case number.

13
14
15

     3.    The Clerk of Court is directed to administratively terminate the remaining Related Actions.

16
17

     4.    The parties are instructed to file all documents relevant to the Related Actions only on the docket of the Lead Case, No. 2:25-cv-02482-MWC-AGR.

18
19
20
21
22

     5.    For good cause, the Court hereby appoints John J. Nelson of Milberg Coleman Bryson Phillips Grossman, PLLC, Marc H. Edelson of Edelson Lechtzin LLP and Yana Hart of Clarkson Law Firm, P.C. as Interim Co-Lead Counsel pursuant to Fed. R. Civ. P. 23 to act on behalf of the Plaintiffs and the class members in the Consolidated Action.

23
24
25
26
27
28

     6.    Interim Co-Lead Counsel shall have authority to speak for named Plaintiffs and shall be the contact between Plaintiffs' counsel and Defendant's counsel in all matters regarding pre-trial procedure, trial, and settlement negotiations, and shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

---

-1-

7.      Interim Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs and for the dissemination of notices and orders of this Court. No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Interim Co-Lead Counsel, so as to prevent duplicative pleadings or discovery. No settlement negotiations shall be conducted without the approval of Interim Co-Lead Counsel.

8.      Defendant's counsel may rely on all agreements made with Interim Co-Lead Counsel, or other duly authorized representatives of Interim Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

9.      Defendant is hereby relieved of responding to the initial complaints filed in the individual Related Actions.

10.     Nothing in this order shall constitute a determination whether or not any of the three lawsuits are appropriate for certification of a class action.

11.     Plaintiffs in the Consolidated Action shall file an operative Consolidated Class Action Complaint within thirty (30) days of this Order and Defendant is to answer or otherwise respond to the consolidated pleading within thirty (30) days thereof.

12.     This Order shall apply to any class or representative action filed in, transferred to, or removed to this Court which relates to the subject matter at issue in this case.

**IT IS SO ORDERED.**

Dated: April 28, 2025    _____
                         HON. MICHELLE WILLIAMS COURT
                         UNITED STATES DISTRICT JUDGE